AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

A BLACK COLORED COOLPAD MODEL: COOLPAD 3632A CELLULAR PHONE WITH BROKEN SCREEN HAVING IMEI#: 864377032735000

Case No. 1:20-MC-0374-03

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A BLACK COLORED COOLPAD MODEL: COOLPAD 3632A CELLULAR PHONE DESCRIBED IN ATTACHMENT A.

located in the ___Middle___ District of ___Pennsylvania___, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of violations of 18 U.S.C. §922(g)(1) as more specifically described in Attachment B..

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Knowing Possession of Firearm by Prohibited Person |

The application is based on these facts:
I, Darrin Bates, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, being duly sworn, do hereby depose and state:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Darrin Bates
*Applicant's signature*

TFO Darrin Bates, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/14/2020

s/ Martin C. Carlson, telephonically approved
*Judge's signature*

City and state: Harrisburg, Pennsylvania

Honorable Martin C. Carlson
*Printed name and title*